UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HASAN BAJRAMAJ and
KOSOVARE BAJRAMAJ,

                            Plaintiffs,                    25-CV-01022 (JLR)(SN)

        -against-                                          **ORDER**

635 REALTY LLC and PALUSH MARKU,

                            Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Tuesday, September 2, 2025, the Honorable Jennifer L. Rochon assigned this matter to my docket for settlement. By Monday, September 15, 2025, the parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference for November 2025. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     September 3, 2025
               New York, New York