UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HASAN BAJRAMAJ, et al.,

                              Plaintiffs,

                    -against-

635 REALTY LLC, et al.,

                              Defendants.

Case No. 1:25-cv-01022 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Given that the parties recently held a settlement conference before Judge Netburn on

January 7, 2026, and to permit additional time for discussions, the Court will extend the deadline

for fact discovery until **March 13, 2026**, which will correspond with the end of expert discovery.

This extension does not alter any other deadlines.

Dated: January 12, 2026
        New York, New York

                              SO ORDERED.

                              JENNIFER L. ROCHON
                              United States District Judge