**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

HASAN BAJRAMAJ, et al.,

                        **Plaintiffs,**

        -against-

635 REALTY LLC, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/2026

25-CV-01022 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Settlement discussions appear to have stalled. The parties are reminded that fact discovery closes on March 13, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 10, 2026
             New York, New York