**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HASAN BAJRAMAJ AND KOSOVARE BAJRAMAJ. <br><br> Plaintiff(s), <br><br> – against – <br><br> 635 REALTY LLC and PALUSH MARKU <br> Defendants. | Case No. 1:25-cv-01022-JLR <br><br> [~~PROPOSED~~] **RULE 68 JUDGMENT** |

WHEREAS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, and in order to effectuate a settlement reached by the parties Defendants 635 Realty LLC and Palush Marku (collectively "Defendants"); having offered to allow Plaintiffs Hasan and Kosovare Bajramaj ("Plaintiffs") to take judgment against Defendants, in the sum of Sixty Three Thousand Dollars and Zero Cents ($63,000.00), to resolve all of Plaintiffs individual claims against Defendants in their Complaint in the above-captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 19, 2026, and filed as Exhibit 1 to Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (Dkt. No. 38).

WHEREAS, on June 25, 2026, Plaintiff accepted Defendants' Offer of Judgment, as confirmed in Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (Dkt. No. 38);

IT IS HEREBY ORDERED, that judgment is entered in favor of Plaintiff in the sum of Sixty Three Thousand Dollars and Zero Cents ($63,000.00, in accordance with the terms and conditions of Defendants Rule 68 Offer of Judgment dated June 19, 2026, and filed as Exhibit 1 to Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (Dkt. No. 38). Within five (5) days after the

Judgment Amount has been paid, Plaintiff shall file the Satisfaction of Judgment. The Clerk of Court

is respectfully directed to close this case.


SO ORDERED:

Dated: June 26_____, 2026
       New York, New York

_____
     Judge Jennifer L. Rochon,
     United State District Judge